UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number: 11-cr-00501-REB

UNITED STATES OF AMERICA

v.

3. URIEL FIGUEROA-CRUZ

## ORDER

THIS MATTER coming before the Court upon an oral motion of the government to dismiss the Indictment in the above-entitled case, against defendant Uriel Figueroa-Cruz only, and the Court having considered the same,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is dismissed against defendant Uriel Figueroa-Cruz only.

SO ORDERED this 14TH day of December, 2011

BY THE COURT:

_____
MICHAEL J. WATANABE
United States Magistrate Judge